IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RITA JACKSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GREYHOUND LINES, INC. and | : | NO. 15-4461 |
| RODERICK GIBSON | : | |

### ORDER

**NOW**, this 28th day of June, 2016, upon consideration of defendants Greyhound Lines, Inc. and Roderick Gibson's Motion to Recover Fees and Costs Pursuant to Federal Rule of Civil Procedure 68 (Doc. No. 36) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that costs are awarded in favor of defendants Greyhound Lines, Inc. and Roderick Gibson in the amount of $513.44.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.